Prob12C
(8/01)

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Oklahoma

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Darryl Emanuel Bickham, JR.        Case Number: CR-18-00090-001-RAW

Name of Judicial Officer:   The Honorable Ronald A. White

Date of Original Sentence: May 15, 2019

Original Offense: Ct. 1- Felon in Possession of Firearm and Ammunition

Original Sentence: Ct. 1- 60 months custody, with 3-years term of supervised release.

Type of Supervision:  Supervised Release        Date Supervision Commenced: February 3, 2023

Asst. U.S. Attorney:  Shannon Henson        Defense Attorney:  To be determined

---

## PETITIONING THE COURT

[X]    To issue a warrant

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **Mandatory Condition** | **You must not commit another federal, state, or local crime.** |
| | On November 26, 2023, an incident report was filed with McAlester Oklahoma Police Department for Aggravated Assault and Battery, Preventing a 911 Call, and Kidnapping. Mr. Bickham Jr. went to the home of his father Darryl Bickham Sr. and his father's girlfriend Barbra Johnson, where he started banging on the door. Ms. Johnson answered the door and Mr. Bickham Jr. pushed his way into the home and pushed her up against the wall. Mr. Bickham Sr. attempted to get in between the two of them and Mr. Bickham Jr. then pulled out two handguns and pointed one at each of them |

with one of the handguns under the chin of Mr. Bickham Sr. Ms. Johnson attempted to get her phone to call 911 but Mr. Bickham Jr. took her phone from her and broke it. Mr. Bickham Jr. then then took one of the handguns and knocked a coffee mug out of Mr. Johnson's hand breaking it when it hit the ground. Mr. Bickham Jr. then proceeded to ramble about different things and prevented both Mr. Bickham Sr. and Ms. Johnson from leaving the residence when they attempted to do so and stayed at the residence for approximately two hours. During this time Mr. Bickham Jr. walked around the residence pointing the handguns at both Mr. Bickham Sr. and Ms. Johnson multiple times, and even punched his father Mr. Bickham Sr. in the stomach with one of the handguns. An Affidavit for Issuance of Arrest Warrant was submitted to the District Court of Pittsburg County, Oklahoma, in Case No. 2023-1341. As of the writing of this report a warrant has not been issued and this incident remains pending.

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be
      [X]   Revoked

|  | Reviewed and approved, |  | Respectfully submitted, |
|---|---|---|---|
| by: | s/ Robert L. Gwin | by: | s/ Beau Morris |
|  | Robert L. Gwin<br>Supervisory U. S. Probation Officer<br>Date: December 14, 2023 |  | Beau Morris<br>U.S. Probation Officer<br>Date: December 14, 2023 |

THE COURT ORDERS

[   ]   No Action
[ X ]   The Issuance of a Warrant
[   ]   The Issuance of a Summons
[   ]   Other

Dated this 15th day of December, 2023.

_____
HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE